# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JACK KAHRIGER, *Plaintiff,* v. XAVIER BECERRA, *Defendant.* | CIVIL ACTION NO. 23-4384 |

## ORDER

**AND NOW**, this 24th day of November 2025, upon consideration of Defendant's Motion for Summary Judgment, (Dkt. No. 42), Plaintiff's Response, (Dkt. No. 48), and Defendant's Reply, (Dkt. No. 53), it is hereby **ORDERED**:

1. Defendant's Motion for Summary Judgment is **GRANTED**, and judgment is entered in the Defendant's favor.

2. The Clerk of the Court shall **CLOSE** the case.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.